UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FORGE EQUIPMENT RENTAL AND　　　　　　　　　　　　PLAINTIFF
SALES, LLC

v.　　　　　　　　　　　　CIVIL ACTION NO. 1:21-cv-00077-SA-RP

CENTRAL MS EQUIPMENT SALES, LLC
and GEORGE RANDLE PRISOCK　　　　　　　　　　　　DEFENDANTS

## CONSENT JUDGMENT

This action is before the Court on the parties' joint *ore tenus* motion for the entry of judgment in favor of Forge Equipment Rental and Sales, LLC against Central MS Equipment Sales, LLC and George Randle Prisock. The Court, having been fully advised in the premises, particularly the agreement of the parties for the entry of a judgment in favor of the Plaintiff and against Defendants as defined and agreed below, finds that the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Forge Equipment Rental and Sales, LLC shall and does hereby have a judgment from and against Central MS Equipment Sales, LLC and George Randle Prisock in the following amount:

　　a. Monetary damages in the amount of $206,000.00;

　　b. Pre-judgment interest from September 22, 2020, to May 5, 2021, in the amount of $10,158.90;

1

c. Post-judgment interest on the total principal of $216,158.90 at 8% per annum;

d. All reasonable attorney's fees and costs of collection;

e. A declaratory judgment that Central MS must indemnify Forge for any and all judgments against Forge as a result of Central MS's sale of the Komatsu machines to Forge.

SO ORDERED and ADJUDGED, this the 10th day of May, 2021.

/s/ Sharion Aycock
U.S. DISTRICT COURT JUDGE

Approved and Agreed as to Form:

John H. Dollarhide (MB #103655)
BUTLER SNOW LLP
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel:   601-985-4593
Fax:   601-985-4500
Email:    john.dollarhide@butlersnow.com

ATTORNEY FOR FORGE EQUIPMENT RENTAL AND SALES, LLC

<u>Agreed in all respects:</u>
GEORGE RANDLE PRISOCK

2

CENTRAL MS EQUIPMENT SALES, LLC

BY: _____
    Randle Prisock

STATE OF MISSISSIPPI

COUNTY OF OKTIBBEHA

Personally appeared before me, the undersigned authority in and for the said county and state, on this ___7th___ day of May, 2021, within my jurisdiction, the within named Randle Prisock, who acknowledged that he executed the above and foregoing Consent Judgment on behalf of himself and on behalf of CENTRAL MS EQUIPMENT SALES, LLC as his free and voluntary act.

(SEAL)

_____
NOTARY PUBLIC

My Commission Expires: __MY COMMISSION EXPIRES JAN. 2024__

3